

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00377-CV

**RODOLFO LUNE, SR.,**

                                                            **Appellant**

 **v.**

**DARLA WOMACK CAPEHART,**

                                                            **Appellee**

### From the 13th District Court
### Navarro County, Texas
### Trial Court No. D15-24244-CV

## MEMORANDUM OPINION

Rodolfo Lune, Sr. appeals from a summary judgment rendered against him on October 5, 2017. By letter dated December 7, 2017, the Clerk of this Court notified Lune that his docketing statement was past due. Lune was warned in the same letter that, unless the docketing statement was filed within 21 days from the date of the letter, the appeal would be dismissed without further notice. *See* TEX. R. APP. P. 42.3(c). More than 21 days have passed, and Lune has failed to file a docketing statement.

Accordingly, this appeal is dismissed. *Id*.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed January 10, 2018
[CV06]

